*Formatted for Electronic Distribution*                                                                          *Not for Publication*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

Filed & Entered
On Docket
July 11, 2013

_____

**In re:**

    **James Russell Cary,**                                                                    **Chapter 13**
                    **Debtor.**                                                                                 **Case # 12-11009**

_____

| | | |
|---|---|---|
| *Appearances:* | Donald Hayes, Esq. | Anitra Street |
| | Obuchowski & Emens-Butler, P.C. | Creditor |
| | Bethel, VT | Falls Church, VA |
| | For Debtor | Pro se |

### ORDER
### DENYING MOTION FOR RELIEF FROM THE COURT'S ORDER APPROVING DEBTOR'S SALE MOTION, DENYING MOTION FOR RELIEF FROM STAY AND DENYING MOTION TO REOPEN EVIDENTIARY HEARING

      Based upon the findings of fact and rationale set forth in the memorandum of decision of even date, the Court holds that (1) the Creditor has not shown that the Debtor's failure to provide her with notice of the sale caused her any harm or that the purchaser did not buy the cows in good faith; (2) the Creditor has failed to demonstrate cause for relief from stay to continue her lawsuit against the Debtor in state court; and (3) the Creditor had an adequate opportunity to present evidence relating to her interest in the cows the Debtor sold pursuant to the Sale Motion, and the additional proof the Creditor seeks to introduce at this time would not alter this Court's ultimate decision as to the validity of the sale.

    Accordingly, IT IS HEREBY ORDERED that the Motion for Relief (doc. # 52), the oral Motion for Relief from Stay, made on the record at the June 20, 2013 evidentiary hearing, and the Motion to Reopen (doc. # 87) are DENIED.

    SO ORDERED.

July 11, 2013                                                                                       Colleen A. Brown
Burlington, Vermont                                                                   United States Bankruptcy Judge